# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DERRICK DAIGREPONT

VERSUS

EXXON MOBIL CORPORATION,
EXXONMOBIL OIL CORPORATION,
EXXONMOBILE PIPELINE
COMPANY, TURNER INDUSTRIES
GROUP, LLC, TURNER
INDUSTRIAL MAINTENANCE, LLC,
AND FLOWSERVE US, INC.

NO.   2019 CW 1315

**OCTOBER 18, 2019**

---

In Re:    Brock Services, LLC, applying for supervisory writs,
          19th Judicial District Court, Parish of East Baton
          Rouge, No. 657026.

---

**BEFORE:    HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

   **WRIT DENIED.**

                        **TMH**
                        **AHP**
                        **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT